UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYMOND E. TORRES,

    Plaintiff,

-vs-                                        Case No. 6:07-cv-1384-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Unopposed Motion for Award of Attorney Fees (Doc. No. 20). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Accordingly, the Commissioner of Social Security is directed to pay Attorney Shea A. Fugate $4,835.96 in attorneys' fees and costs.

It is **SO ORDERED** in Orlando, Florida, this ___6___ day of January, 2009.

_____
G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge